UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

    Plaintiff,

v.

Case No. 18-cv-14058
Hon. Matthew F. Leitman

HENRY FORD HEALTH SYSTEM *et al.*,

    Defendants.
_____/

## ORDER TO APPEAR FOR VIDEO HEARING ON PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION (ECF No. 51)

In this action, Plaintiff Latausha Simmons alleges that the Defendants – Henry Ford Health System and others – violated her constitutional rights. (*See* Am. Compl., ECF No. 21.) Defendants filed a motion to dismiss due to Simmons' failure to prosecute. (*See* Mot., ECF No. 44.) The motion was referred to the assigned Magistrate Judge. (*See* Order of Referral, ECF No. 9.) Simmons did not respond to the motion, and the Magistrate Judge issued a report and recommendation in which she recommended that the Court grant the motion and dismiss Simmons' claims (the "R&R"). (*See* R&R, ECF No. 50.)

Simmons has now filed objections to the R&R. (*See* Objections, ECF No. 50.) The Court has reviewed the objections and will hold a video hearing on them on the Zoom video platform. Accordingly, the parties are **ORDERED** to appear for a

Zoom video hearing on Simmons' objections to the R&R.  The hearing will take place on **March 23, 2021, at 2:00 p.m.**  Information for how to access the video hearing will be included on the public docket for this action and in a formal Notice of Hearing that the Court will issue and serve upon the parties.

Simmons is advised that attendance at this hearing is mandatory.  If she fails to appear, the Court will dismiss her claims for failure to prosecute.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 4, 2021

I hereby certify that a copy of the foregoing  document was served upon the parties and/or counsel of record on March 4, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764