UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

    Plaintiff,                                      Case No. 18-cv-14058
                                                          Hon. Matthew F. Leitman

v.

HENRY FORD HEALTH SYSTEM *et al.*,

    Defendants.
_____/

## ORDER (1) ADJOURNING SCHEDULED VIDEO HEARING; (2) CONVERTING HEARING TO TELEPHONIC HEARING; AND (3) REQUIRING PLAINTIFF TO APPEAR FOR RESCHEDULED TELEPHONIC HEARING

In this action, Plaintiff Latausha Simmons alleges that the Defendants – Henry Ford Health System and others – violated her constitutional rights. (*See* Am. Compl., ECF No. 21.) Defendants filed a motion to dismiss due to Simmons' failure to prosecute. (*See* Mot., ECF No. 44.) The motion was referred to the assigned Magistrate Judge. (*See* Order of Referral, ECF No. 9.) Simmons did not respond to the motion, and the Magistrate Judge issued a report and recommendation in which she recommended that the Court grant the motion and dismiss Simmons' claims (the "R&R"). (*See* R&R, ECF No. 50.)

Simmons has now filed objections to the R&R. (*See* Objections, ECF No. 50.) On March 4, 2021, the Court ordered the parties to appear for a hearing on Simmons'

1

objections. (*See* Order to Appear, ECF No. 52; Notice of Hearing, ECF No. 53.) The hearing was to take place on March 23, 2021, via video using the Zoom video platform. (*See id.*)

On March 17, 2021, the Court received a fax from Simmons. In the fax, Simmons told the Court that she did not have access to the electronic technology or resources necessary to appear for the hearing via video. She therefore asked the Court if she could participate in the hearing by phone.

Simmons' request to participate in the hearing by phone is **GRANTED**. In order to accommodate Simmons' lack of access to electronic resources, the Court will now hold the hearing on her objections by phone. The dial-in information that the parties should use to call into the telephonic hearing is as follows:

- Call in number: 215-446-3649
- Passcode: 8390969

In addition, in order to ensure that this order reaches Simmons before the hearing, and to ensure that Simmons has a full opportunity to make arrangements to participate in the hearing by phone, the Court **ADJOURNS** the previously-scheduled hearing. The new date and time for the hearing is **Tuesday, March 30, 2021, at 11:00 a.m.**

Simmons is reminded that attendance at this rescheduled, telephonic hearing is mandatory. If she fails to appear, the Court will dismiss her claims for failure to prosecute.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 18, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764