UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

    Plaintiff,

                                                             Case No. 18-cv-14058
v.                                                      Hon. Matthew F. Leitman

HENRY FORD HEALTH SYSTEM, et al.,

    Defendants.

_____/

## ORDER TO APPEAR FOR IN-PERSON STATUS CONFERENCE

    Several dispositive motions filed by Defendants are now pending before the Court. The assigned Magistrate Judge has prepared a Report and Recommendation (the "R & R") in connection with the motions, and Plaintiff has filed objections to the R & R. The Court has reviewed the motions, the R & R, Plaintiff's objections, and Defendants' responses to the objections, and the Court has concluded that the appropriate course of action is to convene a status conference with the parties to discuss the motions, objections, and next steps in this action. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff and counsel of record for the Defendants shall both appear before the Court in person (in Courtroom 207 in the Theodore Levin United States Courthouse, 231 West Lafayette Blvd., Detroit, MI 48226) on Tuesday, December 20, 2022 at 1:00 p.m. The purpose of the conference is not for Plaintiff and defense counsel to present argument concerning the motions. Instead,

the purpose of the conference is for the Court to explain the decisions that it has made with respect to the motions and next steps. Accordingly, Plaintiff and defense counsel do not need to do any preparation for the conference.

**IT IS FURTHER ORDERED** that a failure to appear as directed at the Status Conference may result in (1) dismissal of this action, if it is Plaintiff who fails to appear or (2) entry of a default and/or default judgment, if it is defense counsel who fails to appear.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 21, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 21, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126