UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

    Plaintiff,                                        Case No. 18-cv-14058
                                                    Hon. Matthew F. Leitman

v.

HENRY FORD HEALTH SYSTEM *et al.*,

    Defendants.

_____/

## ORDER ADJOUNRING STATUS CONFERENCE, RE-SCHEDULING CONFERENCE, AND ORDERING IN-PERSON ATTENDANCE AT RE-SCHEDULED STATUS CONFERENCE

On November 21, 2022, the Court entered an Order requiring the Plaintiff and counsel for Defendants to appear for an in-person Status Conference to be held on December 20, 2022. The Court intended to address two important topics at the conference: (1) the Court's serious concerns about deficiencies in, and violations of Local Rules in connection with, the briefing on the motions pending before the Court and on the Objections to the Magistrate Judge's Report and Recommendation pending before the Court and (2) possible participation by the parties in a settlement conference or facilitation. The Court feels that it is essential to address these issues in person with Plaintiff and defense counsel.

Shortly before the scheduled in-person Status Conference, Plaintiff called the Court's staff to report that she is suffering from what may be COVID-19 symptoms. She claimed that she cannot attend the scheduled conference. Under the circumstances, the Court agreed to adjourn the Status Conference.

The Court will now hold the Status Conference on **January 31, 2023, at 2:30 p.m.**, in Courtroom 207 of the Theodore Levin United States Courthouse, 231 West Lafayette, Blvd., Detroit, MI. **Plaintiff and defense counsel must appear for the conference in person. Under no circumstances will the Court adjourn the conference again. If Plaintiff fails to appear for the re-scheduled conference, the Court will dismiss the action; if defense counsel fails to appear, the Court will enter a default.**

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2