UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

    Plaintiff,

v.

Case No. 18-cv-14058
Hon. Matthew F. Leitman

HENRY FORD HEALTH SYSTEM, *et al.*,

    Defendant.

_____/

# JUDGMENT

In accordance with the Order (1) Dismissing Action for Repeated Violations of Court Orders and Repeated Failures to Comply with Governing Rules, and (2) Certifying that an Appeal Cannot Be Taken in Good Faith, dated February 3, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                          By:    s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 3, 2023
Detroit, Michigan