UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

    Plaintiff,

v.

                Case No. 18-cv-14058
                Hon. Matthew F. Leitman

HENRY FORD HEALTH SYSTEM, *et al.*,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S REQUEST FOR A COPY OF THE COURT'S FEBRUARY 3, 2023, ORDER (ECF No. 103)

In this action, Plaintiff Latausha Simmons claimed that Defendants violated her rights under both the Michigan and federal constitutions. The Court dismissed Simmons' action in a written order on February 3, 2023. (*See* Order, ECF No. 101.) In that order, the Court explained that Simmons had repeatedly violated the rules governing this action and ignored orders issued by the Magistrate Judge and this Court. (*See id.*) And the Court found her explanations for failing to comply with the rules and orders of the Court not credible. (*See id.*)

On July 27, 2023, Simmons filed a request with the Court in which she asked the Court to send her a copy of its February 3 order. (*See* Req., ECF No. 103.) According to Simmons, she never received a copy of that order when the Court issued the order in February. (*See id.*) The Court does not find that claim credible.

1

The Court's docket reflects that it served a copy of the February 3 order on Simmons at the address she provided the Court, and Simmons has previously attempted to avoid the application of the Court's rules by claiming that she did not receive certain documents. Nonetheless, even though the Court believes that she has already received a copy of the February 3 order, the Court will send an additional copy of that order to Simmons.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 1, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126