UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATAUSHA SIMMONS,

    Plaintiff,

v.

                                        Case No. 18-cv-14058
                                        Hon. Matthew F. Leitman

HENRY FORD HEALTH SYSTEM, *et al.*,

    Defendant.

_____/

### **ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF (ECF No. 105)**

On December 7, 2023, Plaintiff LaTausha Simmons filed a motion for relief from the Court's February 3, 2023, order dismissing her Complaint due to Simmons' repeated violations of court orders and repeated failures to comply with the governing rules of procedure. (*See* Mot., ECF No. 105.) The motion is **DENIED** because Simmons has not shown an entitlement to relief.

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  December 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
